UNITED STATES of America,
Plaintiff–Appellee,

v.

Aaron Leon HARLEY, Defendant–
Appellant.

No. 02–4593.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Aaron Leon Harley, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Aaron Leon Harley appeals the district court's order denying his motion for a reduction to his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Harley,* No. CR–99–315 (E.D.Va. July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*